# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK McLAUGHLIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-246-JPG ) |
| LT. TAPHORN, *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| July 17, 2008 | By: | s/ J. Phil Gilbert |
|---|---|---|
| *Date* | | *District Judge* |